## CRIMINAL COURTROOM MINUTE SHEET
## GRAND JURY ARRAIGNMENT

**DATE:** Apr 10, 2024

**CASE:** CR-24-146-R

**TIME IN COURT:** 18 mins.
Start: 3:16 p.m.  End: 3:34 p.m.

**COURTROOM:** 102

**MAGISTRATE JUDGE SUZANNE MITCHELL**

**COURTROOM DEPUTY LESA BOLES**

**UNITED STATES OF AMERICA vs.  Matthew Alan Stacy**

Defendant States true and correct name as:  same

**AGE:** 44

**Government Cnsl: Nick Coffey**

**Defendant Cnsl:  Joe White/Kate White/Hank Meyer**

**U.S. Probation Officer: Steven Daniels**

Retained

☒ Defendant Appears,  custody of U.S. Marshal with Counsel

**Interpreter:**

☐ Defendant advised of his / her right of consular notification,

☐ Court inquires of Government regarding notification of victim(s) under Justice for All Act.

☒ Dft informed that he / she is not required to make a statement and that any statement made by him / her may be used against him / her.

☒ Dft advised of his / her right to an attorney.

☒ Dft fully advised of the substance of the count(s).

☒ Dft provided copy of  Indictment

☒ Dft waives reading of the Indictment by the Court.

☒ Dft enters plea of  Not Guilty

☒ Case set on jury docket beginning the week of  May 14, 2024, before U.S. District Judge David L. Russell

☒ Government recommends defendant be released on  recommendations of USPO.

☐ Government recommends defendant be detained based on

☐ Government

    ☐ Upon motion of the Government and request for continuance by

    ☐ Detention Hearing is set for

☐ Defendant waives/reserves right to detention hearing. Waiver/Reservation of detention hearing and consent to Order of Detention pending further proceeding entered. Order of Detention entered.

☐ Defendant requests the detention hearing be postponed at this time reserving the right to request a hearing at a later date should defendant's circumstances change.

## The Court Orders:

☒ **FRCrP5(f) REMINDER:** As required by Rule 5(f), the Court reminds the United States of it disclosure obligation under *Brady v. Maryland,* 373 U.S. 83 (1963), and its progeny.  Possible consequences for a violation of this obligation may include, but are not limited to, exclusion of evidence at trial, a finding of contempt, granting a continuance, or dismissal of the charges with prejudice

☐ Defendant temporarily detained pending Detention hearing.  Written Order entered. Defendant remanded to custody of U.S. Marshal.

☐ Defendant detained per Detention Order previously entered. Defendant remanded to custody of U.S. Marshal.

☐ Defendant released on previously posted bond with conditions per Release Order.

☒ Unsecured Bond set at $100,000.00  with conditions per Release Order.

☐ Secured Bond set at  with conditions per Release Order as the Court finds that the release of the Defendant on a personal recognizance bond or unsecured appearance bond would not reasonably assure his / her appearance in court and the safety of the community.

☐ Defendant remanded to the custody of U.S. Marshal pending execution of bond.

☐ Defendant remanded to the custody of U.S. Marshal.