IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

United States of America, )
)
)
)
Plaintiff(s), )
)
v. )  Case No. CR-24-146-R
)
Matthew Alan Stacy, )
)
)
)
Defendant(s) )

# ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendant, Matthew Alan Stacy.
(Plaintiff/Defendant)  (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Joshua Welch        4-12-2024
Signature              Date

Joshua Welch
Print Name

DeGiusti & Welch PLLC
Firm

Criminal Cases Only:

☑ Retained or USA

3721 N. Classen Blvd.
Address

☐ CJA Appointment

Oklahoma City, OK 73118
City          State          Zip Code

☐ Federal Public Defender

405-778-3098
Telephone

☐ Pro Bono

josh@dwlegal.law
Internet E-mail Address

☐ CJA Training Panel

REVISED 05/14/18

## *Certificate of Service*

[✔] I hereby certify that on April 12, 2024, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

[ ] I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

ul Joshua Welch
s/ Attorney Name