# IN THE UNITED STATES DISTRICT COURT FOR THE

# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. <u>CR-24-146-R</u> |
| | ) | |
| CHONG IU PHU, | ) | |
| a/k/a Alex Phu, | ) | |
| MATTHEW ALAN STACY, and | ) | |
| CHANH IU PHU, | ) | |
| a/k/a Shawn Phu, | ) | |
| | ) | |
| Defendants. | ) | |

## UNITED STATES' UNOPPOSED
## MOTION FOR PROTECTIVE ORDER

The United States respectfully moves the Court to enter a protective order concerning the disclosure of discovery materials that contain personal financial information or personal identifiers of third parties.   Counsel for the government has conferred with counsel for each defendant concerning this motion.   No defendant objects to the entry of a protective order.

On April 2, 2024, a Federal Grand Jury returned an Indictment against Chong Iu Phu a/k/a Alex Phu, Matthew Alan Stacy, and Chanh Iu Phu a/k/a Shawn Phu.   The eight-count Indictment charges the defendants with a variety of offenses related to drug trafficking.   All defendants appeared for arraignment on April 10, 2024.   All defendants entered a plea of not guilty. Trial is currently scheduled on the Court's July 2024 docket.

Law enforcement has obtained the content of cell phone downloads, cloud-based accounts, and financial records.    These documents contain private financial information and personal identifiers, including social security numbers, dates of birth, and account numbers for third parties and their family members.

Without depriving the defendants of access to and use of these documents in this case, the Government seeks to ensure that no one, including the defendants, uses this information to violate the privacy rights of third parties or for any other improper purpose.    An order from the Court requiring that recipients of this information use it only in the context of preparing for court proceedings in this case will address these concerns.

Entitled "Protective and Modifying Orders," Federal Rule of Criminal Procedure 16(d)(1) provides: "At any time the court may, for good cause, deny, restrict, or defer discovery or inspection, or grant other appropriate relief."    In this case, the United States does not seek to restrict access to discovery. Instead, it requests merely to limit the use of that discovery to its proper purpose in preparation for trial or other proceedings.

The issuance of a protective order is a discretionary function of the trial court that will only be disturbed on review where it is established that an abuse of discretion—that is, prejudice to the substantial rights of the defendant— occurred.    *United States v. Coiro*, 785 F. Supp. 326, 330 (E.D.N.Y. 1992).    In this case, a protective order will not impair the right of access to discovery.

Moreover, defense counsel for each defendant has agreed to the entry of the protective order.

For these reasons, the United States respectfully requests that the Court enter an order that any documents or electronic data produced in discovery that contain private financial information and personal identifiers, including social security numbers, dates of birth, and account numbers for third parties and their family members, be disclosed only to the defendants, defense counsel, and the agents of defense counsel (including translators), except as necessary during court proceedings, interviews of potential witnesses, or in court filings consistent with Rule 49.1 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

ROBERT J. TROESTER
United States Attorney

s/ Nick Coffey
NICK COFFEY
Bar Number: OK 32754
Assistant United States Attorney
210 Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102
(405) 553-8700 (Office)
(405) 553-8888 (Fax)
nicholas.coffey2@usdoj.gov

3

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2024, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing for the following ECF registrants: All attorneys on record.

s/ Nick Coffey
Assistant United States Attorney

4