**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

|  |  |
|---|---|
| United States of America | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | )   Case No. 24-CR-00146-R |
| | ) |
| | ) |
| | ) |
| Chong Iu Phu | ) |
| | ) |
| Defendant(s) | ) |

## **ENTRY OF APPEARANCE**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

| Defendant | , | Chong Iu Phu | . |
|---|---|---|---|
| (Plaintiff/Defendant) | | (Name of Party) | |

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

| s/ Chelsy L. Van Overmeiren | 5/15/24 |
|---|---|
| Signature | Date |

| Chelsy L. Van Overmeiren |
|---|
| Print Name |

| Breen & Pugh |
|---|
| Firm |

**Criminal Cases Only:**

☑ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

| 53 W. Jackson Blvd., Suite 1550 |
|---|
| Address |

| Chicago, Illinois 60604 | | |
|---|---|---|
| City | State | Zip Code |

| (312) 360-1001 |
|---|
| Telephone |

| cvano@breenpughlaw.com |
|---|
| Internet E-mail Address |

*Certificate of Service*

☑ I hereby certify that on May 15, 2024             , I electronically transmitted the attached

document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records

currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those

registered participants of the ECF System.

☐ I hereby certify that on                             , I filed the attached document with the

Clerk of the Court and served the attached document by

on the following, who are not registered participants of the ECF System:

s/ Chelsy L. Van Overmeiren
_____
s/ Attorney Name