IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

United States of America

Plaintiff(s),

v.

Chong Iu Phu

Defendant(s)

Case No. 24-CR-00146-R

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendant, Chong Iu Phu
(Plaintiff/Defendant)   (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Todd S. Pugh       5/15/24
Signature             Date

Todd S. Pugh
Print Name

Breen & Pugh
Firm

Criminal Cases Only:

✓ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

53 W. Jackson Blvd., Suite 1550
Address

Chicago, Illinois 60604
City           State       Zip Code

(312) 360-1001
Telephone

tpugh@breenpughlaw.com
Internet E-mail Address

REVISED 05/14/18

*Certificate of Service*

☑ I hereby certify that on **May 15, 2024**, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

s/ Todd S. Pugh
s/ Attorney Name