08:45

✓ Completed

# Subtask

## Attachments


 H Green PDF

**JG**   **Jessica Goure created this task**
Jun 6, 2021 at 12:47

**Jessica Goure** added to **NOT SLG/ H Green OK LLC/ Jian Dong Ren "Stephen Chen"** · Jun 6, 2021

**JG**   **Jessica Goure** 🔗 **attached**
Jun 6, 2021 at 12:47



**SB**   **Siyan Liu Baker** 🔗 **attached**
Oct 26, 2021 at 09:50

H Green OBN Lic.pdf
PDF

Ask a question or post an update…





My Requests   My Registrations   OBNDD Search   Services

Matt Stacy

Your reference number is FS-Case-10085035.

Thank you for submitting an application for OBNDD Registration. Your application has been successfully submitted and you should receive communication by email regarding your application. If you selected to mail in a payment please check your email for an invoice. If you paid online with a credit card and entered an email address at checkout then please check your email for a receipt of your payment.

Download PDF    Continue »