IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| -vs- | ) ) | No. <u>CR-24-146-R</u> |
| CHONG IU PHU, *et al.*, | ) ) ) | |
| Defendants. | ) | |

**<u>GOVERNMENT'S PROPOSED SCHEDULING ORDER</u>**

Pursuant to the Joint Motion to Continue (Doc. 242), the United States respectfully requests that upon the issuance of the Tenth Circuit's mandate in Defendant Matthew Alan Stacy's appeal, the Court set this matter for trial on the second upcoming trial docket. The United States submits the following proposed deadlines for outstanding motions:

| No. | Deadline | Event |
|---|---|---|
| 1 | 21 days before trial | 404(b) Notices |
| 2 | 21 days before trial | Expert Disclosures |
| 3 | 14 days before trial | Motions in Limine |
| 4 | 14 days before trial | Objections to Proposed Experts |
| 5 | 7 days before trial | Responses to Motions in Limine |
| 6 | 7 days before trial | Daubert Hearing (if needed) |
| 7 | 7 days before trial | Proposed Jury Instructions |
| 8 | Thursday before trial | Production by the parties of their exhibit lists and exhibits. |

| 9  | Thursday before trial | Production by government of *Giglio* or Jencks Act (18 U.S.C. §3500) material not previously produced. |
| 10 | Friday before trial   | Objections to Jury Instructions |

                                        Respectfully submitted,

                                        s/Nick Coffey
                                        Nick Coffey, OBA #32754
                                        Elizabeth Bagwell, DC #1780082
                                        Assistant U.S. Attorney
                                        210 Park Ave., Suite 400
                                        Oklahoma City, OK 73102
                                        Telephone: 405.553.8750
                                        Facsimile: 405.553.8888
                                        Email: nicholas.coffey2@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on April 30, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants appearing in this case.

                                        s/ Nick Coffey
                                        Assistant United States Attorney