UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CHONG IU PHU, *et al.*, )<br>)<br>Defendants. ) | No.  CR-24-146-R |

## ORDER

Before this Court is the United States' Motion to Continue Trial [Doc. No. 242]. For good cause shown, the Motion is GRANTED.

The Court has carefully considered the requirements of the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.* The Court has considered the statutory provision in light of the relevant authority from the Court of Appeals, including *Zedner v. United States*, 547 U.S. 489, 499 (2006), *United States v. Toombs*, 574 F.3d 1262 (10th Cir. 2009), and *United States v. Garcia*, 74 F.4th 1073, 1110 (10th Cir. 2023),

Specifically, the Court finds that for purposes of 18 U.S.C. § 3161(h), that the defendants are properly joined in the Indictment and for trial, that no severance has been requested or granted, and therefore the time period of the continuance from the June 2025 docket to a later docket, after the Tenth Circuit has issued its mandate in Mr. Stacy's interlocutory appeal, is excludable under Section 3161(h)(6). The Court finds that the ends of justice are served by a continuance and outweigh the best interest of the public and the remaining defendants in a speedy trial.

IT IS SO ORDERED this 1st day of May, 2025.

*[signature: David L. Russell]*

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE